IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.   03-cv-00548-RPM

DAVID L. SMITH,

     Plaintiff,

v.

UNITED STATES CIRCUIT JUDGES STEPHANIE K. SEYMOUR,
BOBBY R. BALDOCK,
WADE BRORBY,
DAVID EBEL,
MARY BECK BRISCOE,
DEANELL REECE TACHA,
CAROLYN DINEEN KING,
THOMAS M. REAVLEY,
JACQUES L. WIENER, JR.,
E. GRADY JOLLY, AND
PATRICK E. HIGGINBOTHAM;
UNITED STATES CIRCUIT COURT CLERK PATRICK J. FISHER, JR.;
UNITED STATES DISTRICT JUDGES ZITA L. WEINSHIENK,
EDWARD W. NOTTINGHAM,
DANIEL B. SPARR,
LEWIS T. BABCOCK,
WILEY Y. DANIEL,
SIDNEY A. RITZWATER,
SAM R. CUMMINGS,
TERRY R. MEANS and
JERRY BUCHMEYER;
ATTORNEY PHILLIP S. FIGA,
COLORADO SUPREME COURT JUDGE MARY MULLARKY,
individually and in their official capacities,

     Defendants.
_____

ORDER DISMISSING DEFENDANT PHILLIP S. FIGA
_____

  Pursuant to the Stipulation of Dismissal of Defendant Phillip S. Figa (Doc. #52),

filed on February 23, 2007, it is

ORDERED that Defendant Phillip S. Figa is dismissed with prejudice, each party to bear his own attorney fees and costs.

DATED: February 28th , 2007.

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Judge